H. & W. B. Drew Co. v. Harold B. Sanford and San-
ford-Hall Co.

151 So. 545.
Division B.
Opinion Filed December 19, 1933.

*Fleming, Hamilton, Diver & Lichliter,* for Appellant;
*Crawford & May,* for Appellees.

Per Curiam.—This cause having heretofore been sub-
mitted to the Court upon the transcript of the record of
the decree herein, and briefs and argument of counsel for
the respective parties, and the record having been seen and
inspected, and the Court being now advised of its judgment
to be given in the premises, it seems to the Court that there
is no error in the said decree; it is, therefore, considered,
ordered and decreed by the Court that the said decree of
the Circuit Court be, and the same is hereby affirmed.

Davis, C. J., and Whitfield, Terrell and Buford, J. J.,
concur.

Davis, C. J. (concurring).—The injunction sought is in
the nature of a decree for specific performance of the con-
tractual provision that appellee would not engage in busi-
ness after his employment contract with appellant ended.
The circumstances pleaded admitted by the demurrer do
not show such a clear right to injunction as to warrant this
Court in reversing the ruling, it appearing that an adequate
remedy at law remains. On this theory I concur in af-
firmance.